IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.                                             CASE NO. 3:19MJ99

ELIZABETH JO SHIRLEY

**MOTION TO WAIVE PRO HOC VICE ADMISSION FEES
AND GRANT PRO HAC VICE APPLICATION**

Comes now, undersigned local counsel, Nicholas J. Compton, Assistant Federal Public Defender, moving this Court to waive the pro hoc vice application fees for counsel:

> Edward B. MacMahon, Jr., Esq.
> 107 East Washington Street
> Middleburg, Virginia 20118
> (540) 687-3902

In support of the instant motion, undersigned counsel relies upon the following grounds:

1. Edward B. MacMahon, Jr., Esq. was previously appointed by the Court to represent the defendant in the above captioned case pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

2. Pending before this Court is the pro hoc vice admission application of Mr. MacMahon.   See attached. Undersigned counsel will act as local counsel on his behalf as is required by our Local Rules.

3. LR Gen P. 83.02(c)(4) authorizes the waiver of pro hoc vice admission fees for those employed by the United States Department of Justice or any other Federal department or agency. An attorney appointed pursuant to the Criminal Justice Act is compensated by the Administrative Office of U.S. Courts, Office of Defender Services.   As such, this meets the "agency" requirement of our Local Rule and waiver of fees is appropriate.

WHEREFORE, based on the foregoing, the Court is respectfully requested to waive the pro hoc vice admission fees for Edward B. MacMahon, Jr., Esq. and grant his admission in this matter.

Respectfully submitted,

**ELIZABETH JO SHIRLEY**

By Local Counsel

By: s/ *Nicholas J. Compton*
Nicholas J. Compton
Attorney for Defendant
WV State Bar ID 11056
Federal Public Defender Office
MVB Bank Building
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on April 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Jarod J. Douglas, Esq.
> Office of the United States Attorney
> 1125 Chapline Street
> Wheeling, West Virginia 26003
> (304) 234-0100

By: s/ *Nicholas J. Compton*
Nicholas J. Compton
Attorney for Defendant
WV State Bar ID 11056
Federal Public Defender Office
MVB Bank Building
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org